# EXHIBIT A

Captured at: 2023/12/12 12:04 PM    URL: https://grindespressoshot.com/home.html







# SAZERAC

ALL BRANDS

—

# Grind

## Liqueur

We called upon our barista and bartender friends to create Grind, an espresso shot made of coffee blends and distilled spirits selected from around the world.

They settled on a combination of medium-roasted Colombian arabica beans carefully blended with smooth Caribbean rum. From bean to bar, Grind has a rich espresso taste as a shot, added to coffee, or in a mixed drink.

VISIT GRIND



## Sazerac Brands

View more of our brands.

→

BUFFALO TRACE                                    WHEATLEY VODKA

Scroll to see all in collection (74)

SKIP TO MAIN CONTENT

Case 2:24-cv-00185-PP   Filed 02/09/24   Page 4 of 39   Document 1-1

# SAZERAC

**SAZERAC COMPANY, INC.**

101 Magazine Street
New Orleans, LA 70130

866.729.3722  |  info@sazerac.com

PRIVACY POLICY

TERMS OF USE

HUMAN RIGHTS POLICY

ACCESSIBILITY POLICY

CA PRIVACY NOTICE

CODE OF CONDUCT

CAREERS

NUTRITION

CUSTOMER SERVICE

NEWS & MEDIA

SITEMAP

Cookie Settings

**YOUR PRIVACY CHOICES** ☑✖

©2023 SAZERAC CO, INC. - ALL RIGHTS RESERVED.

# Instagram

**Log In**   Sign Up



**sazeraccompanyofficial** · Follow

**sazeraccompanyofficial** Cheers to #NationalRumDay with a cocktail that mixes up two #SazeracBrands, a Caribbean Coffee featuring Grind® Espresso Spirit and Cane Run® Rum. Get the recipe for this tropical tipple below:

0.5 Oz Grind® Espresso Spirit
1 Oz Cane Run® Rum
0.2 Oz Amaretto
2 Oz Pineapple Juice
0.2 Oz Lemon Juice

**34 likes**

August 16

Log in to like or comment.

---

More posts from **sazeraccompanyofficial**



log into Instagram

g in to see photos and videos from friends and discover other accounts you'll love.

# Instagram

Log In    Sign Up









See more posts

Meta    About    Blog    Jobs    Help    API    Privacy    Terms    Locations    Instagram Lite    Threads

Contact Uploading & Non-Users    Meta Verified

English ⌄    © 2023 Instagram from Meta

g into Instagram

g in to see photos and videos from friends and discover other accounts you'll love.

# Instagram



sazeraccompanyofficial • Follow

sazeraccompanyofficial Mix up your brunch cocktail lineup with a Grind® Espresso Spirit Cowboy Coffee, featuring @buffalotracedistillery bourbon, simple syrup, and bitters for an eye-opening Cowboy Coffee.

0.5 oz Grind® Espresso Spirit
1 oz Buffalo Trace® Bourbon
0.25 oz simple syrup
Dash of aromatic bitters
Combine all ingredients in a glass, add ice, stir and garnish with an orange

**18 likes**
May 17

Log in to like or comment.

More posts from **sazeraccompanyofficial**



g into Instagram

g in to see photos and videos from friends and discover other accounts you'll love.

# Instagram

Log In     Sign Up













See more posts

Meta     About     Blog     Jobs     Help     API     Privacy     Terms     Locations     Instagram Lite     Threads

Contact Uploading & Non-Users     Meta Verified

English     © 2023 Instagram from Meta

...g into Instagram

...g in to see photos and videos from friends and discover other accounts you'll love.



# EXHIBIT B

**FREE SHIPPING** ON $250+. NO CODE NEEDED. LIMITED TIME ONLY.

03 : 13 : 2
DAY   HRS   MI



DISCOVER    LIQUOR    WHISKEY    WINE    MIXERS



OUR BARREL PICKS    TOP SHELF (HIGH END)    FAQ

CONTACT US    REVIEWS

USD $ ⌄



GRIND

# GRIND ESPRESSO SHOT RUM LIQUEUR

Case 2:24-cv-00185-PP   Filed 02/09/24   Page 12 of 39   Document 1-1

 Reviews

Size:

| 750ml |

| − | 1 | + |

**Is this a gift? Make it special:**
☐ Gold Bow + $0.99
☐ Custom Engraving + $30

| ADD TO CART |

| ♡ ADD TO WISHLIST |

| Buy with **shop Pay** |

More payment options

🚚 *Ships from San Diego, California*

⊕ Guaranteed Authentic    ♡ Trusted Store    ▢ Customer Support (M–F)    ⛨ Secure Payments

## DESCRIPTION

We love espresso and we certainly love a good cocktail, so why not an espresso spirit? We gathered our barista and bartender friends together to taste different coffee blends and spirits until we found a liquid we love: medium-roasted Colombian Arabica beans carefully blended with smooth Caribbean Rum, for a finely balanced espresso spirit that can be mixed with almost anything. We hope you like it as much as we do.

ABV 30%

### CUSTOMER REVIEWS

**5.0**
★★★★★
Based on 3 reviews

 (3)
 (0)
☆☆☆☆☆ (0)
☆☆☆☆☆ (0)
☆☆☆☆☆ (0)

Add a review

Most Recent ⌄

**L** — LIsa S.   – Verified Buyer
★★★★★  Dec 5, 2022

**It is a great coffee espresso taste**
Nice flavor



**R** — Robert B.   – Verified Buyer
★★★★★  Mar 19, 2022

Case 2:24-cv-00185-PP    Filed 02/09/24    Page 13 of 39    Document 1-1



**Thank you**
Easy transaction..

  Jackie B.  – Verified Buyer
⭐⭐⭐⭐⭐  Mar 17, 2022

**New customer**
Smooth from start to arrival. Very Satisfied and would recommend and use again!



Free shipping for orders over $250

# RELATED PRODUCTS







GRIND ESPRESSO SHOT CARAMEL RUM LIQUEUR
$19.99

GRIND ESPRESSO SHOT MOCHA RUM LIQUEUR
$14.99







GUARANTEED AUTHENTIC

We never get our bottles from a third-party seller.

CUSTOMER SUPPORT

Yes, with real humans! (Monday – Friday)

SECURE PAYMENTS

Your information is safe with us.



OVER 1,600 5-STAR REVIEWS

Thank you for all your support!

Case 2:24-cv-00185-PP   Filed 02/09/24   Page 14 of 39   Document 1-1



## ABOUT

We are a family owned business located in San Diego, California. You've come to the perfect place to find all your alcohol: from the daily enjoyables to your hard-to-finds. Let us help you celebrate life.

hello@topshelfwineandspirits.com

## TOP SHELF WINE & SPIRITS

Shipping Policy

Refund Policy

Privacy Policy

Terms of Service

Contact Us

Claim Submissions

FAQ

## NEWSLETTER

Sign up to our newsletter to receive exclusive offers.

E-mail

SUBSCRIBE

## PROPOSITION 65 WARNING

Drinking distilled spirits, beer, coolers, wine and other alcoholic beverages may increase cancer risk, and, during pregnancy, can cause birth defects. For more information go to www.P65Warnings.ca.gov/alcohol.

**Please drink responsibly.**




🇺🇸 UNITED STATES (USD $) ⌄

© 2023 - TOP SHELF WINE AND SPIRITS

       



GET IT THERE BY DEC 24 with our delivery & shipping options!   Holiday Delivery & Shipping Info

What can we help you find today?

Pickup at
**Noblesville, IN**

Home / Spirits / Liqueurs/Cordials/Schnapps / Coffee / Grind Espresso Shot Liqueur

# Grind Espresso Shot Liqueur
750ml



## $18.99

★★★★★  4.8 (33)

| | | |
|---|---|---|
| ○ **Pick Up**<br>In stock<br>Noblesville - Aisle 15, Left , Bay 01 | | Nearby Stores |
| ○ **Delivery \| As fast as 2 hrs**<br>Speed varies by store & availability | | Check Eligibility |
| ○ **Ship to Indiana**<br>Spirits are not eligible for shipping to Indiana | | Change Location |

**Size**

✓ 750ml (Single)

**Quantity**
−  1  +

**Add To Cart**

*Price, vintage and availability may vary by store.

♡ Save to List

## Frequently bought together





**Earn Rewards**

Case 2:24-cv-00185-PP   Filed 02/09/24   Page 16 of 39   Document 1-1

Grind Espresso
Shot Liqueur

Cafe Granita
Coffee Liqueur

Price for both:

$33.98

**Add 2 To Cart**

---

**Product Highlights**

USA - We gathered our barista & bartender friends to taste different coffee blends and spirits until we found a liquid we love: medium-roasted Colombian Arabica beans carefully blended with smooth Caribbean Rum, for a finely balanced espresso spirit we hope you like as much as we do!

---

**Product Details**

| | |
|---|---|
| Country | United States |
| Brand | Grind |
| Spirits Type | Liqueurs/Cordials/Schnapps |
| Spirits Style | Coffee |
| ABV | 30% |
| SKU | 159626750-1 |

**Customers who viewed Grind Espresso Shot Liqueur also viewed**



**The Sweet Shoppe Espresso Martini RTD**

750ml

⭐⭐⭐⭐ 24
$14.99



**Fratelli Vincenzi Italian Espresso Liqueur**

750ml

⭐⭐⭐⭐ 8
$21.99



**Fratelli Vincenzi Original Coffee Liqueur**

750ml

⭐⭐⭐⭐⭐ 2
$23.99



**90**

**Cafe Granita Coffee Liqueur**

750ml

⭐⭐⭐⭐ 262
$14.99



**Veil Double Espresso Vodka**

750ml

⭐⭐⭐⭐ 242
$11.99

---

# OVERVIEW

**Details**

USA - We gathered our barista & bartender friends to taste different coffee blends and spirits until we found a liquid we love: medium-roasted Colombian Arabica beans carefully blended with smooth Caribbean Rum, for a finely balanced espresso spirit we hope you like as much as we do!

| | |
|---|---|
| BRAND | Grind |
| COUNTRY | United States |
| SPIRITS TYPE | Liqueurs/Cordials/Schnapps |
| SPIRITS STYLE | Coffee |
| ABV | 30% |
| SKU | 159626750-1 |

Case 2:24-cv-00185-PP    Filed 02/09/24    Page 17 of 39    Document 1-1

| Category | ⌄ |
|---|---|

# REVIEWS

**Rating Snapshot**

Select a row below to filter reviews.



| | |
|---|---|
| 5 stars | 31 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 2 |

**Overall Rating**

4.8 ★★★★★
33 Reviews

17 out of 19 (89%) reviewers recommend this product

**Review this Product**

☆ ☆ ☆ ☆ ☆

Adding a review will require a valid email for verification

**Customer Images**



**Filter Reviews**

| 🔍 Search topics and reviews | |
|---|---|

Rating ⌄

1 – 8 of 33 Reviews                              Sort by  Featured ⌄



★★★★★
**Super Yum**
Peekatchu
a month ago

I just bought this today and it is amazing!

✓ Yes, I recommend this product.



Helpful?  (0)  (0)    Report

---

★★★★★
**Grind Double Shot Expresso**
Grind Lover

 VERIFIED PURCHASER

2 months ago

After discovering this amazing spirit I have found my new favorite cocktail. It's a pure sipping cocktail when mixed to taste. I use one part vodka to one and a half parts Grind. Just an excellent tasting and relaxing after dinner cocktail. Evidently it has been discontinued for sale in California but yet still available in seven other eastern states, mot good

✔ Yes, I recommend this product.

Helpful?  (0)  (0)    Report

---

★☆☆☆☆
**Weak And Overrated**
Easteiner

● TOP 500 CONTRIBUTOR

2 months ago

In a taste test with other well-rated coffee liqueurs, this is the most disappointing. Weak coffee flavor, watery, lacking depth. Maybe they changed the formula from others.

✖ No, I do not recommend this product.

Helpful?  (0)  (0)    Report

---

★★★★★
**Best Expresso -Period !**
Shanghai JCD

 VERIFIED PURCHASER

5 months ago

This was ouit of stock for a long while it seems - Gald it is back !

✔ Yes, I recommend this product.

Helpful?  (0)  (0)    Report

---

★☆☆☆☆
**Weak Imitation**
serious Drinker

8 months ago

This should not be stocked in the liquor aisle. It is a flavored rum, the taste has no coffee or espresso flavors. Tastes like a caramel flavored (weak) rum. Not worth one cent of it's price. Can't believe that TW&M has abandoned it's previous selections of great (Italian) espresso liquors in favor of cheap and poorly crafted imitations, such as this label.

✖ No, I do not recommend this product.

Helpful?  (1)  (4)    Report

---

★★★★★
**Great Taste Without The Useless Sweetness.**
MickeyRoo

Case 2:24-cv-00185-PP    Filed 02/09/24    Page 19 of 39    Document 1-1

9 months ago

Fantastic coffee, espresso liqueur. My favorite regarding what seems to be the lowest amount of added sweeteners and sugar; just a guess on my part. Unnecessary sweetness not needed in coffee mixers and liqueurs. Also enjoy that it's not syrupy; a viscosity almost like water. Grind has been a great Find. More preferred than Kahlua and Kamora. Thank you.

✔ Yes, I recommend this product.

Helpful? 👍 (3) 👎 (0)          Report

---

★★★★★
**For White Russian Drink**
Joy61
10 months ago

Excellent 👍

✔ Yes, I recommend this product.

Helpful? 👍 (0) 👎 (0)          Report

---

★★★★★
**My Favorite**
DokSavage3
a year ago

This my favorite, however availability is scarce. Wonder if production is not keeping up with demand because I cant find anymore. But when I do, I buy all I get hands.

Helpful? 👍 (0) 👎 (0)          Report

<div style="background-color:teal;color:white;text-align:center">Load More</div>

---

**Customers Who Bought Grind Espresso Shot Liqueur Also Bought**

    

| Caliveda Pinot Noir | Mr Stacks Amaretto Liqueur | Starr Blu Vodka Plastic | Alma Brut Sparkling Wine | Ensign Red Peach |
|---|---|---|---|---|
| 750ml | 750ml | 1.75L | 750ml | 1.75L |
| ★★★★☆ 1149 | ★★★★☆ 50 | ★★★★☆ 1078 | ★★★★☆ 508 | ★★★★☆ 781 |
| $15.49 | $7.99 | $14.49 | $7.99 $8.99 | $36.99 |



**Contact Customer Care**

+ 1 (855) 328-9463

Mon.-Sun.: 9 a.m. - 12 a.m. ET

Copyright © 2023 Total Wine & More

Spirit sales where allowed by law

**Get the App**

 





Customer Corner    Product Portfolio    Product Finder    Badger Pay    Ways to Pay    New Customer

BADGERliquor
wine and spirits

Products ▾        Featured Products        Recipes        Careers        Badger Blogs & Videos        About Us ▾



## GRIND DOUBLE ESPRESSO

**Available in These Regions**

North ● South ● West

Find it

## Description

A barista and a bartender created Grind, an espresso shot made of coffee blends and distilled spirits selected from around the world. Indulge in a combination of medium-roasted Colombian arabica beans carefully blended with smooth Caribbean rum. From bean to bar, Grind has a rich espresso taste as a shot, added to coffee, or in a mixed drink.



Looking for a product?
USE OUR PRODUCT FINDER

Case 2:24-cv-00185-PP    Filed 02/09/24    Page 22 of 39    Document 1-1



## About This Product

**Available Sizes:**  50 ML, 750 ML

**Proof:**  42

**Type:**  Liqueur/Specialties

**BADGER**liquor
wine and spirits

### Badger North
#### Badger Liquor Co., Inc
850 Morris Street
Fond du Lac, WI 54935

**Phone:** 920.923.8160
**Fax:** 920.923.8169

### Badger South
#### De Pere Liquor Co., LLC
1517 North River Center Drive
Milwaukee, WI 53212

**Phone:** 414.546.2060

### Badger West
#### Badger Wine and Spirits, LLC
930 Lake Wissota Drive
Chippewa Falls, WI 54729

**Phone:** 920.923.8160
**Fax:** 920.923.8169

Badger Mail      Diveport      Privacy Policy

© 2023  BADGER LIQUOR CO., INC. ALL RIGHTS RESERVED.



Looking for a product?
**USE OUR PRODUCT FINDER**

Case 2:24-cv-00185-PP   Filed 02/09/24   Page 23 of 39   Document 1-1



Home > Beer, Wine & Liquor > Liquor > Grind Espresso Shot Rum Liquor



## Grind Espresso Shot Rum Liquor

750 ml    UPC: 0008200075258

Purchase Options

Prices May Vary

### Savings

 **15% off when you Buy 6, Mix or Match Bottles**          Shop Deal

Skip to content                     Sign In to Add

https://www.kroger.com/p/grind-espresso-shot-rum-liquor/0008200075258                     1/3

ABOUT THE COMPANY                                                        +

COMMUNITY                                                               +

CUSTOMER SERVICE                                                        +

SERVICES                                                                +

GET THE CARD

**Learn More**

**Manage My Card**

**Earn Cash Back**



**Get the App**







All Contents ©2023 The Kroger Co. All Rights Reserved

[Accessibility Statement](#)  If you are using a screen reader and having difficulty with this website, please
call **800–576–4377**.

[HIPAA Notice of Privacy Practice](#)        [Privacy Policy](#)        [Terms and Conditions](#)

[Skip to content]

[TLC Terms and Conditions](#)        [TLC Patient Bill of Rights](#)

[Notice for California Dietitian Patients](#)        [Dietitian/Telemedicine Consent to Treat Form](#)

Case 2:24-cv-00185-PP    Filed 02/09/24    Page 25 of 39    Document 1-1

Let's Connect     





Grind Arabica Coffee Beans Espresso Shot Rum 60 Proof - 750
Ml

# Grind Arabica Coffee Beans Espresso Shot Rum 60 Proof - 750 Ml

**Details**          More

Caribbean Rum, Espresso Shot

Caribbean rum blended with espresso coffee. Natural flavors and caramel color. Finely crafted. From bean to bar. Rich with espresso Caribbean taste rum. In collaboration with baristas & bartenders. Grind was carefully crafted by gathering our barista & bartender friends to taste different coffee blends and spirits from around the world until we created a combination we love - medium roasted Colombian Arabica beans blended with smooth Caribbean Rum. From bean to bar. Grind Espresso Shot is great on its own, added to coffee. or in mixed drinks. Cheers! www.grindespressoshot.com. Please recycle. 30% alc by vol. 60 Product of Canada.

## Similar Items



## Featured Items

Disclaimer

We rely on product packaging and data from third-party sources to provide the content to you, including dietary and allergen content. We do not guarantee the accuracy, completeness, or availability of such information. Content is for general informational purposes only. You should not rely solely on the information displayed on our website. Actual product may vary. Always read labels, warnings, and directions prior to use or consumption. If you have questions or require more information about a product, please contact the manufacturer directly.

**Allergen Notice:** Products in our stores may contain, or may have been exposed to, one or more of the following allergens: peanuts, tree nuts, sesame, milk, eggs, wheat, soy, fish and crustacean shellfish.

## Related Links

Wine, Beer & Spirits     orange liqueur triple sec     liqueur peachtree proof     jagermeister herbal liqueur

baileys smores irish liqueur     egg nog southern proof     carolans liqueur irish proof     coffee salt caramel proof

**EXHIBIT C**



| | |
|---|---|
| **US Serial Number:** 77768919 | **Application Filing Date:** Jun. 26, 2009 |
| **US Registration Number:** 3897820 | **Registration Date:** Dec. 28, 2010 |
| **Filed as TEAS Plus:** Yes | **Currently TEAS Plus:** Yes |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jun. 23, 2021

**Publication Date:** Nov. 03, 2009 **Notice of Allowance Date:** Jan. 26, 2010

---

# Mark Information

**Mark Literal Elements:** GRIND

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Alcoholic beverages except beers

| | |
|---|---|
| **International Class(es):** 033 - Primary Class | **U.S Class(es):** 047, 049 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Oct. 31, 2010 | **Use in Commerce:** Oct. 31, 2010 |

---

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** SAZERAC BRANDS, LLC

**Owner Address:** 10101 Linn Station Rd., Suite 400
Louisville, KENTUCKY UNITED STATES 40223

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Charlene M. Krogh

**Docket Number:** T313296.US.0

**Attorney Primary Email Address:** docketing-dv@dorsey.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Charlene M. Krogh
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
IP Department
Denver, COLORADO United States 80202-5549

**Phone:** (303) 629-3400

**Fax:** (303) 629-3450

**Correspondent e-mail:** docketing-dv@dorsey.com krogh.charlene@dorsey.com wernars.breanne@dorsey.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Dec. 01, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 01, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 01, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 01, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Dec. 01, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jun. 23, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 23, 2021 | SEC. 15 ACKNOWLEDGEMENT - E-MAILED | |
| Jun. 23, 2021 | REGISTERED - SEC. 15 ACKNOWLEDGED | |
| Jun. 23, 2021 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jun. 23, 2021 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 23, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 21, 2020 | TEAS SECTION 15 RECEIVED | |
| Nov. 24, 2020 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 28, 2019 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Feb. 20, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 20, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 20, 2019 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Feb. 24, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Feb. 24, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |
| Feb. 24, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 23, 2016 | TEAS SECTION 8 RECEIVED | |
| Dec. 28, 2015 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Mar. 31, 2015 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 28, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 25, 2010 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Nov. 24, 2010 | LAW OFFICE REGISTRATION REVIEW COMPLETED | |
| Nov. 24, 2010 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 17, 2010 | STATEMENT OF USE PROCESSING COMPLETE | |

| | |
|---|---|
| Nov. 10, 2010 | USE AMENDMENT FILED |
| Nov. 10, 2010 | TEAS STATEMENT OF USE RECEIVED |
| Jul. 15, 2010 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Jul. 14, 2010 | SOU EXTENSION 1 GRANTED |
| Jun. 16, 2010 | SOU EXTENSION 1 FILED |
| Jul. 14, 2010 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Jun. 16, 2010 | SOU TEAS EXTENSION RECEIVED |
| Jan. 26, 2010 | NOA MAILED - SOU REQUIRED FROM APPLICANT |
| Nov. 03, 2009 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Nov. 03, 2009 | PUBLISHED FOR OPPOSITION |
| Sep. 28, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Sep. 28, 2009 | ASSIGNED TO LIE |
| Sep. 16, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Sep. 16, 2009 | ASSIGNED TO EXAMINER |
| Jun. 30, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 30, 2009 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: TMO LAW OFFICE 117 | Date in Location: Jun. 23, 2021 |

# Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| Total Assignments: 2 | Registrant: Diageo North America, Inc. |

### Assignment 1 of 2

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST | | |
| Reel/Frame: | 6558/0420 | Pages: | 15 |
| Date Recorded: | Jan. 04, 2019 | | |
| Supporting Documents: | assignment-tm-6558-0420.pdf | | |

| | | | |
|---|---|---|---|
| **Assignor** | | | |
| Name: | DIAGEO NORTH AMERICA, INC. | Execution Date: | Dec. 20, 2018 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | CONNECTICUT |

| | | | |
|---|---|---|---|
| **Assignee** | | | |
| Name: | SAZERAC BRANDS, LLC | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |
| Address: | 10101 LINN STATION RD., SUITE 400 LOUISVILLE, KENTUCKY 40223 | | |

| | |
|---|---|
| **Correspondent** | |
| Correspondent Name: | CYNTHIA JOHNSON WALDEN |
| Correspondent Address: | P.O. BOX 1022 MINNEAPOLIS, MN 55440-1022 |

| |
|---|
| **Domestic Representative - Not Found** |

### Assignment 2 of 2

| | | | |
|---|---|---|---|
| Conveyance: | SECURITY INTEREST | | |
| Reel/Frame: | 6615/0122 | Pages: | 29 |
| Date Recorded: | Apr. 10, 2019 | | |
| Supporting Documents: | assignment-tm-6615-0122.pdf | | |

| | | |
|---|---|---|
| | **Assignor** | |

| | | |
|---|---|---|
| **Name:** | HERITAGE BRANDS, INC. | **Execution Date:** Apr. 10, 2019 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** KENTUCKY |

| | | |
|---|---|---|
| **Name:** | SAZERAC BRANDS, LLC | **Execution Date:** Apr. 10, 2019 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |

| | |
|---|---|
| **Assignee** | |

| | | |
|---|---|---|
| **Name:** | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** UNITED STATES |
| **Address:** | 1525 WEST W.T. HARRIS BLVD. MAC D1109-019 CHARLOTTE, NORTH CAROLINA 28262 | |

| | |
|---|---|
| **Correspondent** | |

| | |
|---|---|
| **Correspondent Name:** | TERRY L. WITCHER, PARALEGAL |
| **Correspondent Address:** | MCGUIREWOODS LLP 201 NORTH TRYON STREET, SUITE 3000 CHARLOTTE, NC 28202 |

| | |
|---|---|
| **Domestic Representative - Not Found** | |

# Proceedings

| | |
|---|---|
| **Summary** | |

| | |
|---|---|
| **Number of Proceedings:** | 2 |

| | |
|---|---|
| **Type of Proceeding: Opposition** | |

| | | |
|---|---|---|
| **Proceeding Number:** | 91268225 | **Filing Date:** Mar 17, 2021 |
| **Status:** | Terminated | **Status Date:** Jun 29, 2021 |
| **Interlocutory Attorney:** | LAWRENCE (LARRY) T STANLEY | |

| | |
|---|---|
| **Defendant** | |

| | |
|---|---|
| **Name:** | Madison Avenue Wine & Spirits, LLC |
| **Correspondent Address:** | MICHAEL T. HESS SEAGER, TUFTE & WICKHEM LLP 100 SOUTH FIFTH STREET, SUITE 600 MINNEAPOLIS MN UNITED STATES , 55402 |
| **Correspondent e-mail:** | docketing@stwiplaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BETTER THAN SEX BUMP 'N GRIND | | 87295455 | |

| | |
|---|---|
| **Plaintiff(s)** | |

| | |
|---|---|
| **Name:** | Sazerac Brands, LLC |
| **Correspondent Address:** | JOHN P. MCCORMICK FISH & RICHARDSON P.C. PO BOX 1022 MINNEAPOLIS MN UNITED STATES , 55440-1022 |
| **Correspondent e-mail:** | TMDOCTC@FR.COM , MCCORMICK@FR.COM , JLYNCH@FR.COM , WALDEN@FR.COM , kelleher@fr.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GRIND | | 77768919 | 3897820 |

| | |
|---|---|
| **Prosecution History** | |

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jun 29, 2021 | |
| 5 | BD DECISION: OPP SUSTAINED | Jun 29, 2021 | |
| 4 | NOTICE OF DEFAULT | May 07, 2021 | |
| 3 | INSTITUTED | Mar 17, 2021 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 17, 2021 | Apr 26, 2021 |
| 1 | FILED AND FEE | Mar 17, 2021 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91224207 | **Filing Date:** | Oct 05, 2015 |
| **Status:** | Terminated | **Status Date:** | Aug 23, 2016 |
| **Interlocutory Attorney:** | ELIZABETH WINTER | | |

### Defendant

**Name:** Lighthorse Trademarks, LLC

**Correspondent Address:** KRISTEN M WALSH
NIXON PEABODY LLP
1300 CLINTON SQ
ROCHESTER NY UNITED STATES , 14604-1707

**Correspondent e-mail:** nytm@nixonpeabody.com , kwalsh@nixonpeabody.com , roc.managing.clerk@nixonpeabody.com , craimond@nixonpeabody.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GRINDHOUSE | | 86311818 | |

### Plaintiff(s)

**Name:** Diageo North America, Inc.

**Correspondent Address:** PAOLA TORNABENE
DIAGEO NORTH AMERICA INC
801 MAIN AVENUE
NORWALK CT UNITED STATES , 06851

**Correspondent e-mail:** diageodocketing@ashurst.com , paola.tornabene@diageo.com , mihaela.nair@diageo.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GRIND | | 77768919 | 3897820 |
| PREMIUM ESPRESSO SHOT GRIND ESPRESSO SHOT | | 85016332 | 3932751 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 18 | TERMINATED | Aug 23, 2016 | |
| 17 | BD DECISION: DISMISSED W/O PREJ | Aug 23, 2016 | |
| 16 | W/DRAW OF APPLICATION | Aug 17, 2016 | |
| 15 | RESPONSE DUE | Aug 17, 2016 | |
| 14 | W/DRAW OF APPLICATION | Aug 11, 2016 | |
| 13 | SUSPENDED | May 09, 2016 | |
| 12 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | May 09, 2016 | |
| 11 | SUSPENDED | Apr 05, 2016 | |
| 10 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Apr 05, 2016 | |
| 9 | SUSPENDED | Mar 10, 2016 | |
| 8 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Mar 10, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | Dec 29, 2015 | |
| 6 | D MOT FOR EXT W/ CONSENT | Dec 29, 2015 | |
| 5 | EXTENSION OF TIME GRANTED | Nov 13, 2015 | |
| 4 | D MOT FOR EXT W/ CONSENT | Nov 13, 2015 | |
| 3 | PENDING, INSTITUTED | Oct 05, 2015 | |

| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 05, 2015 | Nov 14, 2015 |
| 1 | FILED AND FEE | Oct 05, 2015 | |

**Mark:** MADE WITH ARABICA COFFEE BEANS GRIND ESPRESSO SHOT FROM BEAN TO BAR DOUBLE ESPRESSO CARIBBEAN RUM BLENDED WITH ESPRESSO COFFEE, NATURAL FLAVORS AND CARAMEL COLOR 30% ALC BY VOL (60 PROOF)



| | |
|---|---|
| **US Serial Number:** 97253121 | **Application Filing Date:** Feb. 04, 2022 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** Review prior to registration completed.

**Status Date:** Jan. 30, 2024

**Publication Date:** May 30, 2023 **Notice of Allowance Date:** Jul. 25, 2023

---

# Mark Information

**Mark Literal Elements:** MADE WITH ARABICA COFFEE BEANS GRIND ESPRESSO SHOT FROM BEAN TO BAR DOUBLE ESPRESSO CARIBBEAN RUM BLENDED WITH ESPRESSO COFFEE, NATURAL FLAVORS AND CARAMEL COLOR 30% ALC BY VOL (60 PROOF)

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the stylized wording at the top of the image, "MADE WITH" in white, and immediately below are the stylized words "ARABICA COFFEE BEANS" in white. On either side of "MADE WITH" are golden line designs. A gold line appears under "ARABICA COFFEE BEANS", and right below is the stylized word "GRIND" in gold and with black stylized lines on the inside of each letter. Below the word "GRIND" are the stylized words "ESPRESSO SHOT" in black and outlined in gold set against a beige ribbon that contains black lines on either side of the wording and on the inside portion of the ribbon ends. Below this wording is a stylized image of a gold coffee grinder, which includes two black coffee beans. The coffee grinder is flanked by two black ribbons outlined with gold and containing gold lines, with the stylized text "FROM BEAN TO BAR" in the color white. Below this is an image of a stylized rectangular gold border, and within the rectangle at the top is the stylized word "DOUBLE" in white letters with two gold arrows on each side of the word. Below this is the word "ESPRESSO" in white stylized letters. Below this is the gold shaded rectangle that includes the stylized wording "CARIBBEAN RUM BLENDED WITH ESPRESSO COFFEE" in black letters, and below that wording is the stylized wording "NATURAL FLAVORS AND CARAMEL COLOR" in black letters. Below the wording is a stylized black line with a stylized black dot in the middle of the line. Below the stylized line is the wording "30% ALC BY VOL (60 PROOF)" in black letters with the images of black lightning bolts in front of the "30%" and after "(60 PROOF)". All of this is set against a black background.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) black, white, gold and beige is/are claimed as a feature of the mark.

**Disclaimer:** "MADE WITH ARABICA COFFEE BEANS", "ESPRESSO SHOT", "DOUBLE ESPRESSO", "CARIBBEAN RUM BLENDED WITH ESPRESSO COFFEE, NATURAL FLAVORS AND CARAMEL COLOR" AND "30% ALC BY VOL (60 PROOF)"

**Design Search Code(s):**
01.15.02 - Electricity; Lightning; Sparks (jagged lines)
05.07.03 - Coffee beans
11.01.10 - Coffee grinders, non-electric; Coffee mills; Grinders, coffee, non-electric; Grinders, pepper; Mills, spice or pepper or coffee; Pepper mills; Pepper shaker; Salt shakers; Shakers, salt and pepper; Spice mills
20.03.10 - Alcohol bottle labels; Bottles, labels for alcohol bottles; Labels, alcohol bottles; Bottle labels; Labels for bottles
24.09.07 - Advertising, banners; Banners
24.15.10 - Arrows, more than one; More than one arrow
24.15.25 - Other arrows
26.11.21 - Rectangles that are completely or partially shaded
26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)
26.17.04 - Bands, vertical; Bars, vertical; Lines, vertical; Vertical line(s), band(s) or bar(s)
26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal

26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved
26.17.25 - Other lines, bands or bars
26.01.21 - Circles that are totally or partially shaded.

# Related Properties Information

**Claimed Ownership of US Registrations:** 3897820

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Alcoholic beverages except beers

**International Class(es):** 033 - Primary Class

**U.S Class(es):** 047, 049

**Class Status:** ACTIVE

**Basis:** 1(b)

**First Use:** Jan. 30, 2023

**Use in Commerce:** Jan. 30, 2023

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Sazerac Brands, LLC

**Owner Address:** 10101 Linn Station Road, Suite 400
Louisville, KENTUCKY UNITED STATES 40223

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Charlene M. Krogh

**Docket Number:** T313053.US.0

**Attorney Primary Email Address:** docketing-dv@dorsey.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Charlene M. Krogh
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
IP Department
Denver, COLORADO United States 80202-5549

**Phone:** (303) 629-3400

**Fax:** (303) 629-3450

**Correspondent e-mail:** docketing-dv@dorsey.com krogh.charlene@dorsey.com wernars.breanne@dorsey.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding |
|---|---|---|

| Jan. 31, 2024 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED |
| Jan. 30, 2024 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Jan. 10, 2024 | STATEMENT OF USE PROCESSING COMPLETE |
| Dec. 20, 2023 | USE AMENDMENT FILED |
| Jan. 10, 2024 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Dec. 20, 2023 | TEAS STATEMENT OF USE RECEIVED |
| Dec. 01, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Dec. 01, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Dec. 01, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Dec. 01, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Dec. 01, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Jul. 25, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| May 30, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| May 30, 2023 | PUBLISHED FOR OPPOSITION |
| May 10, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Apr. 21, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 21, 2023 | EXAMINER'S AMENDMENT ENTERED |
| Apr. 21, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Apr. 21, 2023 | EXAMINERS AMENDMENT E-MAILED |
| Apr. 21, 2023 | EXAMINERS AMENDMENT -WRITTEN |
| Mar. 16, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Mar. 15, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Mar. 15, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Sep. 24, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Sep. 24, 2022 | NON-FINAL ACTION E-MAILED |
| Sep. 24, 2022 | NON-FINAL ACTION WRITTEN |
| Sep. 12, 2022 | ASSIGNED TO EXAMINER |
| Feb. 10, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Feb. 09, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Feb. 08, 2022 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

## TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | GARCIA, CLAUDIA | **Law Office Assigned:** | LAW OFFICE 111 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jan. 30, 2024 |

# Assignment Abstract Of Title Information

## Summary

| | | | |
|---|---|---|---|
| **Total Assignments:** | 1 | **Applicant:** | Sazerac Brands, LLC |

### Assignment 1 of 1

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 8302/0636 | **Pages:** | 37 |
| **Date Recorded:** | Dec. 28, 2023 | | |
| **Supporting Documents:** | assignment-tm-8302-0636.pdf | | |

#### Assignor

| | | | |
|---|---|---|---|
| **Name:** | SAZERAC BRANDS, LLC | **Execution Date:** | Dec. 11, 2023 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

#### Assignee

| | |
|---|---|
| **Name:** | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION |
| **State or Country Where Organized:** | UNITED STATES |
| **Address:** | 1525 W. W.T. HARRIS BOULEVARD<br>MAC D1109-019<br>CHARLOTTE, NORTH CAROLINA 28262 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | TERRY L. WITCHER, SENIOR PARALEGAL |
| **Correspondent Address:** | MCGUIREWOODS LLP<br>201 N. TRYON STREET, SUITE 3000<br>CHARLOTTE, NC 28202 |

**Domestic Representative - Not Found**